Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**NORMA PRICE**

   Plaintiff,

  v.

**MICHAEL J. ASTRUE**
Commissioner of Social Security,

   Defendant.

CV 09-6106-AA

ORDER FOR EAJA
ATTORNEY FEES

  Based upon the stipulation of the parties, it is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of $4,168.12. Subject to any offset allowed under the Treasury Offset Program, as discussed in Astrue v. Ratliff, _ U.S. _ (2010), payment of this award shall be made via check sent to Alan Graf's address: Alan Stuart Graf, PC, PO Box 98, 316 Second Rd., Summertown, TN 38483

It is so ORDERED September
Dated this 29th day of 2010

                _____
                United States District Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES-1